UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------------------

JASON GUINUP,

                              Plaintiff,

    **-v.-**

                              Civil Action No.
                            1:08-cv-973 (GLS/RFT)

CHRISTOPHER SHARPE, et al.,

                              Defendants.
--------------------------------------------------------------------------------

APPEARANCES:                     OF COUNSEL:

**FOR THE PLAINTIFF:**

JASON GUINUP
05-A-6227
Plaintiff, *Pro Se*
Last Known Address:
Mt. McGregor Correctional Facility
1000 Mt. McGregor Road
Wilton, New York 12831

**FOR THE DEFENDANT:**

HON. ANDREW M. CUOMO      MICHAEL G. MCCARTIN
Attorney General of the          Assistant Attorney General
    State of New York
The Capitol
Albany, New York 12224


GARY L. SHARPE,
U.S. DISTRICT JUDGE

## **ORDER**

The above-captioned matter comes to this court following a Report-Recommendation by Magistrate Judge Randolph F. Treece, duly filed December 10, 2009.  Following ten days from the service thereof, the Clerk has sent the file, including any and all objections filed by the parties herein.

No objections having been filed, and the court having reviewed the Magistrate Judge's Report-Recommendation for clear error, it is hereby

ORDERED, that the Report-Recommendation of Magistrate Judge Randolph F. Treece filed December 10, 2009 is ACCEPTED in its entirety for the reasons state therein, and it is further

ORDERED, that this action be dismissed due to Plaintiff's failure to prosecute and provide and updated address.  *See* N.D.N.Y.L.R. 41.2(b) (dismissal of action appropriate where petitioner fails to notify Court of change of address), and it is further

ORDERED, that the Clerk enter judgment in favor of the defendants against the plaintiff, and it is further

ORDERED, that the Clerk of the Court is to mail copies of the Order to the plaintiff at the following addresses:

Jason Guinup
05-A-6227
Mt. McGregor Correctional Facility and
1000 Mt. McGregor Road
Wilton, New York 12831

Jason Guinup
05-A-6227
Great Meadow Correctional Facility
Box 51
Comstock, New York 12821

and

Jason Guinup
c/o Louis Massey
38397 US Highway Rt. 11
Trailer #2
Antwerp, New York 13608


IT IS SO ORDERED

Dated:   January 15, 2010
         Albany, New York

*Gary L. Sharpe*
U.S. District Judge

3